IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACK DAVID WERESKI,
    Petitioner,

vs.                                      Case No. 3:08cv213/LAC/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

    This cause is before the court on Respondent's Motion to Dismiss the habeas petition as untimely (Doc. 19).  Before the court rules on this matter, Petitioner shall be given an opportunity to respond.

    Accordingly, it is **ORDERED**:

    Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's motion to dismiss.

    **DONE AND ORDERED** this  21st  day of October 2008.

                                          */s/ Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**